NORTHWESTERN FIRE AND MARINE INSURANCE COMPANY, Appellant, *v.* FRED T. LEY & Co., INC., Defendant, and COWLES TOWING COMPANY, INC., Respondent.

(Submitted December 4, 1933; decided December 12, 1933.)

*Arthur E. Otten* for motion.
*Charles S. Desmond* opposed.

Motion granted to the extent that oral argument will be heard on the motion to dismiss when the case is reached in its regular order on the calendar; otherwise, denied, without costs.